United States District Court
Southern District of Texas
**ENTERED**
September 26, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MELANIE MYERS | § |
| | § |
| VS | § CIVIL ACTION NO. H: 21-3033 |
| | § |
| KILOLO KIJAKAZI, Acting Commissioner | § |
| of Social Security Administration | § |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding are the parties' cross-motions for summary judgment (Doc. Nos. 14-15); responses (Doc. Nos. 15, 16, 24); replies (Doc. Nos. 17, 25, 26); responses and replies (Doc. Nos 17-18); Judge Sheldon's Memorandum and Recommendation (Doc. No. 20) that the Court grant the Defendant's Motion for Summary Judgement and deny Plaintiff's Motion for Summary Judgment.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion that the Administrative Law Judge's findings as to Plaintiff's Residual Functional Capacity are supported by substantial evidence. Accordingly, it is hereby

**ORDERED** that Plaintiff's Objections (Doc. No. 21) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 20) is **ADOPTED**; Plaintiff's Motion for Summary Judgment (Doc. No. 14) is **DENIED**; and, Defendant's Motion for Summary Judgment (Doc. No. 15) is **GRANTED**. It is further

**ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED at Houston, Texas, this 26th day of September 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE